**FILED**

MAR 2 3 2012

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,    )
                             )
            Plaintiff,       )
                             )
     v.                      )     2:08-CR-0064-RLH (GWF)
                             )
MELISSA R. BEECROFT,         )
                             )
            Defendant.       )

## ORDER OF FORFEITURE

This Court found on February 7, 2012, that MELISSA R. BEECROFT shall pay a criminal forfeiture money judgment of the following:

| Count | Forfeiture Allegations | Amount |
|---|---|---|
| Count One | Forfeiture Allegations One and Two | $107,000,000.00 in United States Currency |
| Count Ten | Forfeiture Allegations Nineteen and Twenty | $330,000.00 in United States Currency |
| Count Eleven | Forfeiture Allegations Twenty-One and Twenty-Two | $305,000.00 in United States Currency |
| Count Thirteen | Forfeiture Allegations Twenty-Five and Twenty-Six | $325,000.00 in United States Currency |
| Count Fourteen | Forfeiture Allegations Twenty-Seven and Twenty-Eight | $460,000.00 in United States Currency |

to the United States of American, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Sections 1341, 1343, 1344, and 1349; Title 18, United States Code, Section 982(a)(2)(A); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p). Docket #387.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from MELISSA R. BEECROFT a criminal forfeiture money judgment of the following:

| | | |
|---|---|---|
| Count One | Forfeiture Allegations One and Two | $107,000,000.00 in United States Currency |
| Count Ten | Forfeiture Allegations Nineteen and Twenty | $330,000.00 in United States Currency |
| Count Eleven | Forfeiture Allegations Twenty-One and Twenty-Two | $305,000.00 in United States Currency |
| Count Thirteen | Forfeiture Allegations Twenty-Five and Twenty-Six | $325,000.00 in United States Currency |
| Count Fourteen | Forfeiture Allegations Twenty-Seven and Twenty-Eight | $460,000.00 in United States Currency |

pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18, United States Code, Sections 1341, 1343, 1344, and 1349; Title 18, United States Code, Section 982(a)(2)(A); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p).

DATED this 23 day of March, 2012.

_____
UNITED STATES DISTRICT JUDGE