# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>STEVEN GRIMM,<br><br>　　　　　Defendant. | Case No.: 2:08-cr-00064-JCM-GWF<br><br>**ORDER** |

　　　　Presently before the court is the government's motion to extend time to file its motion regarding *Honeycutt* and the Eighth Amendment as applied to the defendants, or to settle. (ECF No. 834).

　　　　The government has sufficiently detailed its need for additional time to allow independent contractor review of the records per the parties' agreement. (*Id.*). Defendants Melissa Beecroft and Steven Grimm have already agreed to this extension. (*Id.*). Regardless of any possible objections, this court finds that an extension is appropriate to allow a thorough review of the records. The parties have demonstrated good faith and progress since the last request for extension. (ECF No. 804).

. . .

. . .

. . .

. . .

. . .

. . .

The instant motion is hereby granted. (ECF No. 834). The government shall file its motion, if necessary, on or before September 1, 2021.

Accordingly,

IT IS SO ORDERED.

DATED March 1, 2021.

JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE