CHRISTOPHER CHIOU
Acting United States Attorney
Nevada Bar No. 14853
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney
Nevada Bar No. 1925
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Daniel.Hollingsworth@usdoj.gov
Attorneys for the United States

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>       v.<br><br>EVE E. MAZZARELLA, and<br>MELISSA R. BEECROFT,<br><br>              Defendants. | 2:08-CR-064-JCM-EJY<br><br>**Government's Unopposed Motion to Extend Time to File its Motions Regarding *Honeycutt, Thompson,* and the Eighth Amendment as Applied to the Defendants or to Settle under ECF No. 863 (Ninth Request)** |

This Motion to Extend Time is the ninth request. LR IA 6-1.

The United States of America respectfully moves this Court for an Order extending the time for the government to file its Motions Regarding *Honeycutt, Thompson,* and the Eighth Amendment as Applied to the Defendants or to Settle under ECF No. 835. The reason is the parties are actively engaged in negotiations to resolve the forfeiture matters. The current deadline is May 6, 2022. The government requests an extension until August 4, 2022.

The forensic review of the records is completed. The parties continue to negotiate the settlement of their respective forfeiture amounts. The two defendants need more time to review the forensic records, the underlying documents, the summary, and the analysis of these many records.

Negotiations stalled because Eve E. Mazzarella retained new counsel.

/ / /

On April 19, 2022, John Kirby, counsel for Eve E. Mazzarella, agreed to this extension. On April 20, 2022, Angela Dows, counsel for Melissa R. Beecroft, agreed to this extension.

Because of the foregoing reasons, the government requests the extension of time until August 4, 2022, for the defendants to finish reviewing the records, defendants and the government to settle, and if settlements do not occur, to place the required documents on a computer program as evidence, to file motions, responses, replies, and to have a forfeiture hearing.

This Motion is not submitted solely for the purpose of delay or for any other improper purpose.

This Court should grant an extension of time to, and including, August 4, 2022.

DATED: April 21, 2022.

CHRISTOPHER CHIOU
Acting United States Attorney

/s/ Daniel D. Hollingsworth
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney

IT IS SO ORDERED:

JAMES C. MAHAN
UNITED STATES DISTRICT COURT JUDGE

DATED: April 25, 2022

**CERTIFICATE OF SERVICE**

A copy of the foregoing was served upon counsel of record via Electronic Filing on April 21, 2022, and by

<u>First Class Mail</u>:

John D. Kirby
Counsel for Eve Mazzarella
401 West A. St. Suite 1150
San Diego, CA 92101

                                  /s/ Heidi L. Skillin
                                HEIDI L. SKILLIN
                                FSA Contractor Paralegal