JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney
Nevada Bar No. 1925
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Daniel.Hollingsworth@usdoj.gov
Attorneys for the United States

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EVE E. MAZZARELLA, and<br>MELISSA R. BEECROFT,<br><br>　　　　Defendants. | 2:08-CR-064-JCM-EJY<br><br>**Government's Unopposed Motion to Extend Time to File its Motions Regarding** *Honeycutt, Thompson,* **and the Eighth Amendment as Applied to the Defendants or to Settle under ECF No. 691 (Eleventh Request)** |

　　　　This Motion to Extend Time is the eleventh request. LR IA 6-1.

　　　　The United States of America respectfully moves this Court for an Order extending the time for the government to file its Motions Regarding *Honeycutt, Thompson, Prasad,* and the Eighth Amendment as Applied to the Defendants or to Settle under ECF No. 691.[1] The reason is the parties are engaged in negotiations to resolve the forfeiture matters and they agreed to the extension. The current deadline is February 3, 2023. The government requests an extension until August 3, 2023.

　　　　The forensic review of the records is completed. Calculations for each defendant's liability are ongoing. The parties continue to negotiate the settlement of their respective forfeiture amounts. Beecroft has agreed to a dollar amount and is in process of negotiating

---

[1] *Honeycutt v. United States*, 581 U.S. 443 (2017); *United States v. Thompson*, 990 F.3d 680 (9th Cir. 2021); and *United States v. Prasad*, 18 F.4th 313 (9th Cir. 2021).

the stipulation. Mazzarella's attorney has provided her position as to the money judgment amount.

On January 23, 2023, Angela Dows, counsel for Melissa R. Beecroft, agreed to this extension. On January 23, 2023, John D. Kirby, counsel for Eve E. Mazzarella, agreed to this extension.

Because of the foregoing reasons, the government requests the extension of time until August 3, 2023, for the defendants and the government to settle, and if settlements do not occur, to place the required documents on a computer program as evidence, to file motions, responses, replies, and to have a forfeiture hearing.

This Motion is not submitted solely for the purpose of delay or for any other improper purpose.

This Court should grant an extension of time to, and including, August 3, 2023.

DATED: January 25, 2023.

JASON M. FRIERSON
United States Attorney

/s/ Daniel D. Hollingsworth
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney


IT IS SO ORDERED:


_____
JAMES C. MAHAN
UNITED STATES DISTRICT COURT JUDGE

DATED:   January 30, 2023

**CERTIFICATE OF SERVICE**

A copy of the foregoing was served upon counsel of record via Electronic Filing on January 25, 2023, and by

<u>First Class Mail</u>:

John D. Kirby
Counsel for Eve Mazzarella
401 West A Street, Suite 1150
San Diego, CA 92101

   /s/ Heidi L. Skillin
HEIDI L. SKILLIN
FSA Contractor Paralegal