# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:08-CR-064-JCM-EJY |
| Plaintiff, | **Final Order of Forfeiture** |
| v. | |
| MELISSA R. BEECROFT, | |
| Defendant. | |

This Court found that Melissa R. Beecroft shall pay the in personam criminal forfeiture money judgments as follows:

| | | |
|---|---|---|
| Count 1 | Forfeiture Allegations 1 & 2 | $107,000,000 |
| Count 10 | Forfeiture Allegations 19 & 20 | $330,000 |
| Count 11 | Forfeiture Allegations 21 & 22 | $305,000 |
| Count 13 | Forfeiture Allegations 25 & 26 | $325,000 |
| Count 14 | Forfeiture Allegations 27 & 28 | $460,000 |

under Fed. R. Crim. P. 32.2(b)(1) and (b)(2); 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c); 18 U.S.C. § 982(a)(2)(A); and 21 U.S.C. § 853(p). Superseding Indictment, ECF No. 175; Minutes of Jury Trial, ECF No. 355; Jury Verdict, ECF No. 363; Preliminary Order of Forfeiture, ECF No. 387.

Melissa R. Beecroft appealed her conviction to the Ninth Circuit. The Ninth Circuit upheld all the district court's decisions, including the criminal forfeiture money judgment of $1,420,000 for the substantive counts but decided the criminal forfeiture money judgment amount of $107,000,000 for the conspiracy violated the Eighth Amendment. *United States v. Beecroft*, 825 F.3d 991, 999-1002 (9th Cir. 2016). The Ninth Circuit vacated the $107,000,000

criminal forfeiture money judgment and remanded to the district court to reconsider the appropriate forfeiture amount for the conspiracy. *Id*. at 1002.

After the remand and before the government and Melissa R. Beecroft litigated the *Bajakajian* analysis and the Eighth Amendment, the United States Supreme Court decided *Honeycutt v. United States*, 581 U.S. 443 (2017). The Ninth Circuit subsequently interpreted *Honeycutt* in *United States v. Thompson*, 990 F.3d 680 (9th Cir. 2021) and *United States v. Prasad*, 18 F.4th 313 (9th Cir. 2021).

To comply with *Honeycutt*, *Thompson*, and *Prasad* and to resolve the issues of the remand, the government and Melissa R. Beecroft stipulated the forfeiture amount and reduced the in personam criminal forfeiture money judgment amount to $317,989. Order Granting Stipulation, ECF No. 907.

This Court finds that on the government's motion, the Court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include subsequently located property or substitute property under Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from Melissa R. Beecroft the in personam criminal forfeiture money judgment of $317,989, not to be held jointly and severally liable with any codefendants under Fed. R. Crim. P. 32.2(b)(4)(A) and (b)(4)(B); 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c); 18 U.S.C. § 982(a)(2)(A); and 21 U.S.C. § 853(p).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office, Attention Asset Forfeiture Unit.

DATED __February 16__, 2024.

_____
JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE